Case 2:17-cv-02813-MCA-LDW   Document 28   Filed 08/09/17   Page 1 of 2 PageID: 1625



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CESAR CASTILLO, INC., individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br>v.<br><br>MYLAN INC., MYLAN SPECIALTY L.P., PFIZER, INC., KING PHARMACEUTICALS LLC, and MERIDIAN MEDICAL TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 2:17-cv-02813 |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Cesar Castillo, Inc., by and through its undersigned counsel, voluntarily dismisses the above action without prejudice. No class has been certified, and defendants have not answered the complaint, nor moved for summary judgment. No statute governing this action requires an order from the court for voluntary dismissal. Accordingly, this action is hereby dismissed, in its entirety, without prejudice.

Dated: August 9, 2017

                SEEGER WEISS LLP

                By: ___*s/ Christopher A. Seeger*___
                   Christopher A. Seeger

                550 Broad Street, Suite 920
                Newark, NJ 07102
                Telephone: 973-639-9100
                Fax: 973-639-9393
                cseeger@seegerweiss.com

                Jennifer R. Scullion, *pro hac vice*
                SEEGER WEISS LLP

77 Water Street, 26th Floor
New York, NY 10005
Telephone: 212-584-0780
jscullion@seegerweiss.com

Linda P. Nussbaum, *pro hac vice*
Bradley J. Demuth, *pro hac vice*
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
Tel: 971-438-9102
lnussbaum@nussbaumpc.com
bdemuth@nussbaumpc.com

*Attorneys for Plaintiff Cesar Castillo, Inc.*

SO ORDERED

s/Madeline Cox Arleo
--------------------------------
Madeline Cox Arleo, U.S.D.J.

Date: 8/15/17